IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-CV-22799-MGC

**CECILIA CALVO,**

       **Plaintiff,**

**-v-**

**MIDLAND FUNDING LLC, and**
**MIDLAND CREDIT MANAGEMENT,**
**INC.,**

       **Defendants.**
_____/

## NOTICE OF SETTLEMENT

**COME NOW** defendants Midland Funding, LLC and Midland Credit Management, Inc. ("Defendants"), by and through their undersigned counsel, and hereby inform the Court that a settlement of the present matter has been reached as to all claims of plaintiff Cecilia Calvo ("Plaintiff") against Defendant.

Defendants, therefore, request that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted this 10th day of September, 2012.

*s/ R. Frank Springfield*
R. Frank Springfield (FL Bar No. 0010871)
BURR & FORMAN LLP
450 S. Orange Avenue, Suite 200
Orlando, Florida 32801
Telephone: (407) 540-6655
Facsimile: (407) 461-9268
fspringf@burr.com

Attorney for Defendants
MIDLAND CREDIT MANAGEMENT, INC. AND
MIDLAND FUNDING, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 10th day of September, 2012:

Bret Lusskin, Jr.
Bret Lusskin, P.A.
1001 N. Federal Highway, Suite 106
Hallendale Beach, Florida 33009

*s/ R. Frank Springfield*
OF COUNSEL
