IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-CV-22799-MGC

**CECILIA CALVO,**

      **Plaintiff,**

-v-

**MIDLAND FUNDING LLC, and
MIDLAND CREDIT MANAGEMENT,
INC.,**

      **Defendants.**
_____/

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Cecilia Calvo ("Plaintiff") and defendants Midland Funding, LLC and Midland Credit Management, Inc. (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendants in the above-styled action, with Plaintiff and Defendants to bear their own fees, costs and expenses.

Respectfully submitted this 18th day of September, 2012.

2032502 v1

*s/ Bret Lusskin, Jr.*
Bret Lusskin, Jr. (FL Bar No. 28069)
Bret Lusskin, P.A.
1001 N. Federal Highway, Suite 106
Hallendale Beach, Florida 33009
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

Attorney for Plaintiff
CECILIA CALVO


*s/ R. Frank Springfield*
R. Frank Springfield (FL Bar No. 0010871)
BURR & FORMAN LLP
450 S. Orange Avenue, Suite 200
Orlando, Florida 32801
Telephone:  (407) 540-6655
Facsimile: (407) 461-9268
fspringf@burr.com

Attorney for Defendants
MIDLAND CREDIT MANAGEMENT, INC. AND
MIDLAND FUNDING, LLC