UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22799-Civ-COOKE/TURNOFF

CECILIA CALVO,

    Plaintiff,

vs.

MIDLAND FUNDING LLC and
MIDLAND CREDIT MANAGEMENT,

    Defendants.

_____/

**ORDER OF DISMISSAL**

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. Dismissal, ECF No. 15). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, this 21st day of September 2012.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*